UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GRAN SABANA CORPORATION N.V.,

            Plaintiff,

    v.

MITCHELL H. KOSSOFF,

            Defendant.
-----------------------------------------------------------x

No: 21-CV-3154

**AFFIDAVIT OF SERVICE**

State of New York,  )
                           )
County of New York ) SS:

**Karl Rowe,** being duly sworn, deposes and says that he is not a party to the above action, is over 18 years of age, and resides in the State of New York.

On **April 15, 2021,** at approximately **9:05 am,** deponent served the signed ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY, in connection with the above-captioned action, upon **Mitchell H. Kossoff** @ 254 East 58th Street (Apt. #25A) – New York, N.Y. 10022-1357, by a delivering true and correct copy of the aforementioned document to Mr. Fausto (Doorman). Deponent asked permission from Mr. Fausto to allow him (deponent) access to Mr. Kossoff's apartment, so deponent could then serve the aforementioned document upon Mr. Kossoff directly and personally. Mr. Fausto denied deponent access to Mr. Kossoff's apartment. Deponent asked Mr. Fausto if any family member of Mr. Kossoff was currently residing or visiting Mr. Kossoff's apartment. Mr. Fausto told deponent that nobody was present at Mr. Kossoff's apartment. Deponent then handed the aforementioned document to Mr. Fausto and instructed Mr. Fausto to give the aforementioned document to Mr. Kossoff when he saw Mr. Kossoff next time. Mr. Fausto asked deponent if the aforementioned document was a legal document, in which deponent answered in the affirmative. Mr. Fausto then place the aforementioned document on his desk without any further discussion.

On **April 15, 2021,** deponent followed-up by depositing a true and correct copy of the aforementioned document in an envelope marked *"Personal and Confidential"*, addressed to **Mitchell H. Kossoff @ 254 East 58th Street (Apt. #25A) – New York, N.Y. 10022-1357** then mailed the aforementioned envelope, via First-Class mail, in a United States Postal Service mailbox located in New York County, State of New York.

      Mr. Fausto's approximate physical description is:

| | |
|---|---|
| Skin Color: | Tan |
| Gender: | Male |
| Hair Color: | Grey |
| Eye Color: | Brown (Wore Glasses) |
| Height: | 5' 7" – 5' 8" |
| Weight: | 140 lbs. |
| Age: | 55 - 65 years old |
| Other: | Hispanic |

Sworn to before me on this

\_15th Day of April 2021

_____
Notary Public

_____
Karl Rowe

DIVAN PERVEZ
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK
LIC. #01PE6395817
COMM. EXP. 08/05/2023