UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x   1:21-cv-03154-RA

GRAN SABANA CORPORATION N.V.,                       :
                                                    :
                *Plaintiff*,          :
                                                    :   **NOTICE OF APPEARANCE**
    -against-                                     :
                                                    :
MITCHELL H. KOSSOFF,                                :
                                                    :
                *Defendants*.         :
-----------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Christopher D. Skoczen, Esq., an attorney admitted in this Court, and FURMAN KORNFELD & BRENNAN LLP, hereby appear as attorneys of record for the Defendant, MITCHELL H. KOSSOFF, in the above-captioned matter.

Date:  New York, New York
         May 12, 2021

                                                        FURMAN KORNFELD & BRENNAN LLP

                                   By:   /s/ Christopher D. Skoczen
                                          Christopher D. Skoczen, Esq. (Bar # CS4720)
                                          *Attorneys for Defendant*
                                          61 Broadway, 26th floor
                                          New York, NY 10006
                                          212-867-4100
                                          Email: cskoczen@fkblaw.com
                                          File No.: 313.030