AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| GRAN SABANA CORPORATION N.V. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21 Civ. 03154 (RA) |
| MITCHELL H. KOSSOFF | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Albert Togut, not individually but solely in his capacity as the Chapter 7 Interim Trustee of Kossoff PLLC    .

Date:  05/24/2021

/s/ Neil Berger
*Attorney's signature*

Neil Berger (NB-3599)
*Printed name and bar number*
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
*Address*

neilberger@teamtogut.com
*E-mail address*

(212) 594-5000
*Telephone number*

(212) 967-4258
*FAX number*