| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 07/01/2021 |

GRAN SABANA CORPORATION N.V.,

        Plaintiff,

    v.

MITCHELL H. KOSSOFF,

        Defendant.

No. 21-CV-3154 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Defendant's motion for a stay of this proceeding pending the outcome of criminal investigations of Defendant and the bankruptcy proceeding of Kossoff PLLC, which is styled as a proposed order to show cause for a temporary restraining order and preliminary injunction. *See* Dkt. 21. Plaintiff is directed to respond no later than July 9, 2021.

SO ORDERED.

Dated:   July 1, 2021
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge