

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carolina A. Fornos<br>
tel: +1.212.858.1558<br>
carolina.fornos@pillsburylaw.com

July 19, 2021

**Via ECF**
Hon. Ronnie Abrams
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Gran Sabana Corporation N.V. v. Mitchell H. Kossoff*, Case No. 1:21-cv-03154-RA

Dear Judge Abrams:

On behalf of Plaintiff Gran Sabana Corporation N.V. ("Gran Sabana"), and pursuant to the Court's Order of May 21, 2021, *see* ECF No. 18, we write to provide the Court with a status update. Gran Sabana initiated the above-referenced action on April 12, 2021 against Defendant Mitchell H. Kossoff ("Kossoff"), alleging theft of client funds held in an attorney trust account. *See* ECF Nos. 1-8. Following agreement by the parties, so ordered by the Court, Kossoff had until June 30, 2021 to respond to the Complaint. *See* ECF No. 18.

On June 30, 2021, Kossoff filed an Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, seeking a stay of this case based on Kossoff's perceived self-incrimination concerns (the "OTSC"). *See* ECF No. 20. On July 1, 2021, this Court entered an Order directing Gran Sabana to respond to Kossoff's OTSC by July 9, 2021. *See* ECF No. 22. On July 9, 2021, Gran Sabana filed its Opposition to Kossoff's OTSC. *See* ECF No. 23.

No other deadlines are currently pending.

Respectfully submitted,

*/s/ Carolina A. Fornos*

Carolina A. Fornos
Partner

cc: All counsel of record via ECF

www.pillsburylaw.com