AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Gran Sabana Corporation N.V. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21 CV. 03154 (RA) |
| Mitchell H. Kossoff | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mitchell H. Kossoff  Defendant, for the Limited Purpose At This Time to Permit Him to Submit His Pro Se Declaration
from His New York State Prison Institution.

Date:   06/22/2022

*Attorney's signature*

Walter Mack  (WM:2586)
*Printed name and bar number*

Doar Rieck Kaley & Mack
217 Broadway, 7th Floor
New York, New York  10007
*Address*

wmack@doarlaw.com
*E-mail address*

(212) 619-3730
*Telephone number*

(212) 962-5037
*FAX number*