USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRAN SABANA CORPORATION N.V.,

                Plaintiff,

v.

MITCHELL H. KOSSOFF,

                Defendant.

No. 21-CV-3154 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On June 24, 2022, the Court held an order to show cause hearing at which Mr. Mack (who represents Mr. Kossoff in his criminal and bankruptcy proceedings) appeared, on a limited basis, to advise the Court regarding Mr. Kossoff's inability to appear in light of his incarceration. By July 1, 2022, Mr. Mack will file a status letter with the Court that stating whether he will represent Mr. Kossoff going forward in this matter.

    Regardless of whether Mr. Kossoff is represented or chooses to proceed *pro se*, his response to Plaintiff's motion for default judgment is due by July 15, 2022. If Plaintiff chooses to reply, it shall do so by July 29, 2022.

    Mr. Mack is directed to mail Mr. Kossoff a copy of this order.

SO ORDERED.

Dated:    June 28, 2022
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge