# DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL

JOHN JACOB RIECK, JR.
JOHN F. KALEY
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

July 6, 2022

**Via ECF Filing**
Honorable Ronnie Abrams
United States District Judge
40 Foley Square
New York, New York 10007

Re: *Gran Sabana Corporation N.V. v. Mitchell H. Kossoff*,
Civil Action 21 Cv 03154 (RA - RWL)

Dear Judge Abrams:

On June 22, 2022, I filed a "Limited" Notice of Appearance with the Court on behalf of defendant, Mitchell H. Kossoff. During the June 24, 2022 conference call, Your Honor requested that I confirm my appearance status with Mr. Kossoff and notify the Court as to his directions to me.

Accordingly, I write to advise Your Honor that I was able to confer with Mr. Kossoff over this past Holiday weekend. Mr. Kossoff has asked that I not appear generally for him in the above referenced civil matter but to inquire of Your Honor whether the Court would permit me to facilitate communications between him and the Court

Thank you for the Court's consideration.

Respectfully submitted,

Walter Mack

cc: Carolina A. Fornos, Esq.
　Aaron M. Barham, Esq.
　Christopher D. Skoczen, Esq.
　Neil Berger, Esq.
　(all via ECF filing and email)

Honorable Ronnie Abrams                    2                         July 6, 2022

<u>Attorney Legal Mail</u>
Mitchell Kossoff
DIN 22B2108
Groveland Correctional Facility
7000 Sonyea Road
P.O. Box 50
Sonyea, New York 14556-0050
(via U.S. Mail)

If Mr. Mack does not represent Kossoff, he may not appear on his behalf. It is unclear to the Court, however, what is meant by Kossoff's desire to have Mr. Mack "facilitate communications between him and the Court."

In any event, if Kossoff does not submit an opposition to the motion for default by July 15, 2022, the Court will deem the motion for default judgment unopposed.

Mr. Mack shall mail a copy of this order to Kossoff.

SO ORDERED.

_____
Hon. Ronnie Abrams
07/11/22