UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAN SABANA CORPORATION N.V., <br><br> Plaintiff, <br><br> v. <br><br> MITCHELL H. KOSSOFF, <br><br> Defendant. | 21-CV-3154 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that the Warden or other official in charge of Groveland Correctional Facility produce inmate Mitchell H. Kossoff, DIN# 22B2108, at 3:30 p.m. on August 12, 2022, at a suitable location within Groveland Correctional Facility equipped with a telephone, for purposes of participating in a conference with the Court and opposing counsel in the above-referenced matter.

The Court will email a copy of this order to Groveland's Guidance Department to confirm production at the date and the time above.

The Clerk of Court is respectfully directed to mail a copy of this order to Kossoff.

SO ORDERED.

Dated:   July 28, 2022
        New York, New York

                                            _____
                                            Ronnie Abrams
                                            United States District Judge