USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRAN SABANA CORPORATION N.V.,

                Plaintiff,

        v.

MITCHELL H. KOSSOFF,

                Defendant.

No. 21-CV-3154 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On July 25, 2022, Plaintiff filed a letter renewing its motion for default judgment against Defendant Kossoff, who has now appeared in this action. Kossoff requested that the Court consider his June 22, 2022 Declaration as an opposition, hold oral argument on the motion for default, and "arrange[] directly with the Superintendent of Groveland PC" for him to appear at the remote proceeding. His application is granted, and the parties are hereby ordered to appear for remote oral argument on the motion for default judgment on August 12, 2022 at 3:30 p.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. By separate order, this Court will direct that the Warden or other supervising official of Groveland Correctional Facility provide Kossoff with a suitable location to participate in the argument.

      The Clerk of Court is respectfully directed to mail a copy of this order to Kossoff.

SO ORDERED.

Dated:    July 29, 2022
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge